# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

U.S.A. vs. Keith A. Branch, Jr.                          Docket No. 5:10-MJ-1832-1

## Petition for Action on Probation

      COMES NOW Debbie W. Starling, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Keith A. Branch, Jr., who, upon an earlier plea of guilty to Driving While Impaired (Level 5), in violation of 18 U.S.C. § 13, assimilating N.C.G.S. 20-138.1, was sentenced by the Honorable William A. Webb, U.S. Magistrate Judge, on May 15, 2013, to a 12-month term of probation under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall perform 36 hours of community service during the first 30 days of Probation as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required $200 fee.

2. The defendant shall obtain a substance abuse assessment from an appropriate mental health facility within thirty (30) days from the date of this judgment and complete any prescribed treatment program. The defendant must pay the assessment fee and any added treatment fees that may be charged by the facility.

3. It is further ordered that the defendant shall participate in any other alcohol/drug rehabilitation and education program as directed by the U.S. Probation Office

4. The defendant shall not operate a motor vehicle on the highways of the State of North Carolina until his privilege to do so is restored in accordance with law.

5. Court orders that upon completion of the community service and financial payments, the U.S. Probation Office can file a motion to have the remainder of the probation sentence terminated.

      **RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant has satisfied his community service requirement, paid his monies in full, obtained his substance abuse assessment and completed treatment as required. Per the Judgment of the Court, upon completion of his community service and payment of financial obligation, his supervision could be terminated upon the filing of a motion. Therefore, it is respectfully recommended that his term of supervision be terminated.

Keith A. Branch
Docket No. 5:10-MJ-1832-1
Petition For Action
Page 2

**PRAYING THAT THE COURT WILL ORDER** that the remaining period of supervision be terminated immediately.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Robert L. Thornton | /s/ Debbie W. Starling |
| Robert L. Thornton | Debbie W. Starling |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 310 Dick Street |
| | Fayetteville, NC 28301-5730 |
| | Phone: (910) 483-8613 |
| | Executed On: June 3, 2013 |

### ORDER OF COURT

Considered and ordered this __4th__ day of __June__, 2013, and ordered filed and made a part of the records in the above case.

_____
William A. Webb
U.S. Magistrate Judge